**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| THOMAS B. FLETCHER | CIVIL ACTION NO. 18-1153 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| JULIAN C. WHITTINGTON, ET AL. | MAGISTRATE JUDGE HAYES |

## ORDER

The Report and Recommendation of the Magistrate Judge having been considered, no objections having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that Plaintiff's state law negligence claim against Russell Roberts (Record Document 16) be and is hereby **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 17th day of June, 2019.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT